Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  13–25150–MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Ricci Melendez Jr.
18 Driftwood Dr
Parlin, NJ 08859–2052

Carmen S. Melendez
18 Driftwood Dr
Parlin, NJ 08859–2052

Social Security No.:
  xxx–xx–5578                              xxx–xx–5742

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 6, 2018</u>          <u>Michael B. Kaplan</u>
                                         Judge, United States Bankruptcy Court