**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Ricci Melendez Jr. | Social Security number or ITIN xxx–xx–5578 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Carmen S. Melendez | Social Security number or ITIN xxx–xx–5742 |
| | First Name  Middle Name  Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 13–25150–MBK | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Ricci Melendez Jr.                             Carmen S. Melendez

11/6/18                                        **By the court:** Michael B. Kaplan
                                               United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 13-25150-MBK
Ricci Melendez, Jr.                                                                       Chapter 13
Carmen S. Melendez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 3180W           Total Noticed: 67

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
```
db/jdb         Ricci Melendez, Jr.,   Carmen S. Melendez,    18 Driftwood Dr,    Parlin, NJ  08859-2052
cr            +Federal National Mortgage Association,    Robertson Anschutz & Schneid, P.L.,
               6409 Congress Ave., Suite 100,    Boca Raton,, FL 33487,    UNITED STATES 33487-2853
cr            +U.S. Bank National Association, successor trustee,    c/o Select Portfolio Servicing, Inc.,
               3815 South West Temple,    Salt Lake City, UT 84115-4412
514067919      Alpat Company Inc,    PO Box 1689,   Slidell, LA  70459-1689
514067928      Bank Of America, N.a.,    4161 Piedmont Pkwy,   Simi Valley, CA  93065
514225392      CitiMortgage, Inc.,    P.O. Box 688971,   Des Moines, IA,    50368-8971
514226993      CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
514067940     +Fed Loan Serv,    Po Box 69184,   Harrisburg, PA 17106-9184
516301419     +Federal National Mortgage Assoc,    Att: Robertson Anschutz,    6409 Congress Ave Ste 100,
               Boca Raton, FL 33487-2853
517240651     +Federal National Mortgage Assoc.,    POB 1047,   Hartford, CT 06143-1047
515217749     +Federal National Mortgage Association,    PO Box 1047,   Hartford, CT 06143-1047
516877610     +Federal National Mortgage Association,    Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516298392     +Federal National Mortgage Association,    c/o Robertson, Anschutz & Schneid P.L.,
               6409 Congress Ave.,   Suite 100,   Boca Raton FL 33487-2853
514067941     +Fein Such Kahn & Shepard,    7 Century Dr., Suite 201,    Parsippany, NJ 07054-4673
514290108    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    Attn: Bankruptcy Department,
               PO Box 630267,   Irving, TX 75063)
514067944      Phelan Hallinan & Schmieg,    400 Fellowship Rd., Suite 100,    Mount Laurel, NJ  08054-3437
514067949      Powers Kirn, LLC,    728 Marne Hwy., Suite 201,    Moorestown, NJ  08057-3128
514067950     +Pressler & Pressler,    7 Entin Rd,   Parsippany, NJ 07054-5020
514067951      Raymore & Flanigan,    Attn: Legal Dept,   7248 Morgan Rd,    Liverpool, NY  13090-4535
514067952     +Remex Inc,    Garden State Bone Specialists,    307 Wall St,   Princeton, NJ 08540-1515
514275042     +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2018 23:45:44      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2018 23:45:42      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
lm            +EDI: WFFC.COM Nov 07 2018 04:08:00      Wells Fargo Home Mortgage,
               Bankruptcy Dept. MAC#D3347-014,    3476 Stateview Blvd,    Fort MI, SC 29715-7203
514067922      EDI: HNDA.COM Nov 07 2018 04:08:00      American Honda Finance,    PO Box 168088,
               Irving, TX  75016-8088
514077804      EDI: HNDA.COM Nov 07 2018 04:08:00      American Honda Finance Corporation,
               National Bankruptcy Center,    P.O. Box 168088,    Irving, TX 75016-8088
514188576     +E-mail/Text: bncmail@w-legal.com Nov 06 2018 23:45:50      ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514067920     +EDI: HNDA.COM Nov 07 2018 04:08:00      Am Honda Fin,    200 Continential Dr Ste,
               Newark, DE 19713-4334
514067921      EDI: BECKLEE.COM Nov 07 2018 04:08:00      American Express,    PO Box 3001,
               16 General Warren Blvd,    Malvern, PA  19355-1245
514246269      EDI: BECKLEE.COM Nov 07 2018 04:08:00      American Express Bank, FSB,    c o Becket and Lee LLP,
               POB 3001,   Malvern, PA 19355-0701
514067923     +EDI: AMEREXPR.COM Nov 07 2018 04:08:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
514067924      EDI: ACCE.COM Nov 07 2018 04:08:00      Asset Acceptance,    Attn: Bankrupcy Dept,    PO Box 2036,
               Warren, MI  48090-2036
514067925     +EDI: ACCE.COM Nov 07 2018 04:08:00      Asset Acceptance Llc,    GEMB/Pro Group,    Po Box 1630,
               Warren, MI 48090-1630
514067927      EDI: BANKAMER.COM Nov 07 2018 04:08:00      Bank Of America,    Po Box 982235,
               El Paso, TX  79998
514067926      EDI: BANKAMER.COM Nov 07 2018 04:08:00      Bank Of America,
               Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,    Simi Valley, CA  93062-5170
514067929     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 06 2018 23:46:02
               Bayview Financial Loan,    4425 Ponce De Leon Blvd,    Coral Gables, FL 33146-1873
514067930     +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 06 2018 23:46:02
               Bayview Financial Loan,    Bankruptcy Dept,    4425 Ponce De Leon Blvd 5th Fl,
               Coral Gables, FL 33146-1873
514165474     +EDI: OPHSUBSID.COM Nov 07 2018 04:08:00      CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,
               2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
514067936      EDI: CITICORP.COM Nov 07 2018 04:08:00      Citibank Usa,
               Citicorp Credit Services/Attn:Centralize,    PO Box 20507,    Kansas City, MO  64195-0507
514067931     +EDI: OPHSUBSID.COM Nov 07 2018 04:08:00      Candica LLC,    Weinstein And Riley,
               2001 Western Ave., Suite 400,    Seattle, WA 98121-3132
514067932     +EDI: CAPITALONE.COM Nov 07 2018 04:08:00      Cap One,    Pob 30281,
               Salt Lake City, UT 84130-0281
514067933      EDI: CAPITALONE.COM Nov 07 2018 04:08:00      Capital 1 Bank,    Attn: Bankruptcy Dept.,
               PO Box 30285,   Salt Lake City, UT  84130-0285
```

```
District/off: 0312-3          User: admin              Page 2 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 3180W           Total Noticed: 67


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
514184568        EDI: CAPITALONE.COM Nov 07 2018 04:08:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
514188673        EDI: CAPITALONE.COM Nov 07 2018 04:08:00      Capital One Bank (USA), N.A.,
                  by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC 28272-1083
514067934       +EDI: CHASE.COM Nov 07 2018 04:08:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
514067935        EDI: CHASE.COM Nov 07 2018 04:08:00      Chase Mht Bk,    Attention: Bankruptcy,    PO Box 15298,
                  Wilmington, DE  19850-5298
514067937       +EDI: CIAC.COM Nov 07 2018 04:08:00      Citimortgage Inc,    Po Box 9438,
                  Gaithersburg, MD  20898-9438
514067938        EDI: DISCOVER.COM Nov 07 2018 04:08:00      Discover Fin,    Po Box 15316,
                  Wilmington, DE  19850
514079341        EDI: DISCOVER.COM Nov 07 2018 04:08:00      Discover Bank,    DB Servicing Corporation,
                  PO Box 3025,    New Albany, OH  43054-3025
514067939       +EDI: DISCOVER.COM Nov 07 2018 04:08:00      Discover Fin Svcs Llc,    Po Box 15316,
                  Wilmington, DE  19850-5316
514067942       +EDI: HFC.COM Nov 07 2018 04:08:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
514329451        EDI: RESURGENT.COM Nov 07 2018 04:08:00      LVNV Funding, LLC its successors and assigns as,
                  assignee of Soaring Capital, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC  29603-0587
514067943       +EDI: RESURGENT.COM Nov 07 2018 04:08:00      Lvnv Funding Llc,    Wells Fargo/ Raymour & Flanigan,
                  Po Box 10497,    Greenville, SC 29603-0497
514067945        EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                  Norfolk, VA  23541-1067
514335054        EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recovery Associates, LLC,    c/o Bank Of America,
                  POB 41067,    Norfolk VA 23541
514322400        EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recovery Associates, LLC,    c/o Lowes,
                  POB 41067,    Norfolk VA 23541
514300300        EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recovery Associates, LLC,    c/o PC RICHARDS,
                  POB 41067,    Norfolk VA 23541
514067948       +EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recvry&affil,    120 Corporate Blvd Ste 1,
                  Norfolk, VA 23502-4952
514067947       +EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recvry&affil,    GE Money Bank FSB,
                  120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
514067946       +EDI: PRA.COM Nov 07 2018 04:08:00      Portfolio Recvry&affil,    FIA Card Services,
                  120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
514067953       +EDI: WFFC.COM Nov 07 2018 04:08:00      Rymr&flnign,    Po Box 94498,    Las Vegas, NV 89193-4498
514067954       +EDI: CITICORP.COM Nov 07 2018 04:08:00      Thd/cbna,    Po Box 6497,
                  Sioux Falls, SD 57117-6497
514067955       +EDI: VERIZONCOMB.COM Nov 07 2018 04:08:00      Verizon,    500 Technology Dr Ste 30,
                  Weldon Spring, MO 63304-2225
514067956        EDI: WFFC.COM Nov 07 2018 04:08:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                  Frederick, MD  21701
514286493       +EDI: WFFC.COM Nov 07 2018 04:08:00      Wells Fargo Bank, N.A.,    ATTN: Bankruptcy Dept.,
                  MAC# D3347-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
514067957        EDI: WFFC.COM Nov 07 2018 04:08:00      Wf Fin Bank,    Attention: Bankruptcy,    PO Box 10438,
                  Des Moines, IA  50306-0438
514067958       +EDI: WFFC.COM Nov 07 2018 04:08:00      Wff Cards,    New Century Financial,    3201 N 4th Ave,
                  Sioux Falls, SD 57104-0700
                                                                                              TOTAL: 46


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516229072         U.S. Bank NA, successor trustee to Bank of
aty*             +Zucker, Goldberg &Ackerman, LLC,    PO Box 1024,    Mountainside, NJ 07092-0024
cr*              +FEDERAL NATIONAL MORTGAGE ASSOCIATION,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
514246270*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514246271*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
514165476*       +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514165477*       +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514165478*       +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514165479*       +CANDICA, LLC,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                  SEATTLE, WA 98121-3132
514067918       ##+Alpat Co Inc,    Oreck Direct,    40070 Cane St Ste 400,    Slidell, LA 70461-3757
515217750        ##Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008,
                  Federal National Mortgage Association,    PO Box 2008,    Grand Rapids, MI 49501-2008
514067959        ##Zucker Goldberg & Ackerman,    PO Box 1024,    Mountainside, NJ  07092-0024
                                                                                              TOTALS: 1, * 8, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin            Page 3 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 3180W         Total Noticed: 67
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:

```
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               successor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders
               of the Bear Stearns Asset Backed Securities Tru bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               sucessor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders
               of the Bear Stearns Asset Backed Securities Trus bkecf@milsteadlaw.com,  alubin@milsteadlaw.com
              Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, NA
               angela.pattison@powerskirn.com,   ecf@powerskirn.com
              Charles H. Jeanfreau    on behalf of Creditor    NATIONSTAR MORTGAGE, LLC Charlesj@w-legal.com,
               BNCmail@w-legal.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Laura M. Egerman    on behalf of Creditor    FEDERAL NATIONAL MORTGAGE ASSOCIATION
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Federal National Mortgage Association
               bkyecf@rasflaw.com,   bkyecf@rasflaw.com;legerman@rasnj.com
              Marc C. Capone    on behalf of Debtor Ricci   Melendez, Jr. mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Marc C. Capone    on behalf of Joint Debtor Carmen S. Melendez mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank National Association, successor trustee to
               Bank of America, National Association as successor by merger to LaSalle Bank National
               Association, as Trustee for Certificateholders of Bear Stearn sobrien@flwlaw.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank NA, successor trustee to Bank of America, NA,
               sucessor in interest to LaSalle Bank National Association, as trustee, on behalf of the holders
               of the Bear Stearns Asset Backed Securities Trus sobrien@flwlaw.com
              William M.E. Powers, III    on behalf of Creditor    CitiMortgage, Inc. ecf@powerskirn.com
                                                                                                  TOTAL: 15
```